UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALVIN CHRISTOPHER HYMAN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1123** |
| **N. BURL CAIN** | **SECTION "F"(5)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that the petition of Alvin Christopher Hyman, Jr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of June, 2015.

_____
**UNITED STATES DISTRICT JUDGE**